## Laderer, Appellant, *v.* Laderer.

 Argued November 10, 1971. *Louis Kwall,* with him *Lebovitz & Lebovitz,* for appellant; *M. Victoria Geddis,* with her *Alvin J. Ludwig,* for appellee.

Orders affirmed.

SPAULDING, J., absent.